QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
David Eiseman (Bar No. 114758)
davideiseman@quinnemanuel.com
Sam Stake (Bar No. 257916)
samstake@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:    (415) 875-6600
Facsimile:     (415) 875-6700

Lance Yang (Bar No. 260705)
lanceyang@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone:    (213) 443 3000
Facsimile:     (213) 443 3100

Attorneys for Plaintiff KEYSSA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| KEYSSA, INC., | CASE NO. 17-cv-5908-LHK |
|---|---|
| Plaintiff, | **PROOF OF SERVICE** |
| vs. | |
| ESSENTIAL PRODUCTS, INC., | |
| Defendant. | |

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | | |
|---|---|---|
| Keyssa, Inc. | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 17-5908  LHK |
| Essential Products, Inc. | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Essential Products, Inc.
    380 Portage Ave.
    Palo Alto, California 94306

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   David Eiseman
    Quinn Emanuel Urquhart & Sullivan, LLP
    50 California Street, Floor 22
    San Francisco, CA 94111

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT
Susan Y. Soong

Date: October 16, 2017

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 01/09) Summons in a Civil Action (Page 2)

Civil Action No. 5:17-CV-05908-LHK

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)* ESSENTIAL PRODUCTS, INC.
was received by me on *(date)* 10/19/17

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____, or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* LYNANNE GARES (authorized person at the registered agent), who is designated by law to accept service of process on behalf of *(name of organization)* ESSENTIAL PRODUCTS, INC. C/O CORPORATION SERVICE CO. 251 LITTLE FALLS DRIVE WILMINGTON, DE 19808 on *(date)* 10/19/17 AT 12:30 PM

☐ I returned the summons unexecuted because _____, or

☐ Other *(specify)*: _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: October 19, 2017

*Server's signature*

KEVIN S. DUNN                    PROCESS SERVER
*Printed name and title*
CLASSIC LEGAL
SUPPORT, INC.
475 PARK AVENUE SOUTH
23RD FLOOR
NEW YORK, NEW YORK 10016
*Server's address*

Additional information regarding attempted service, etc:

SERVED: SUMMONS, COMPLAINT WITH EXHIBIT A, CIVIL COVER SHEET, ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINE, STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA, OF THE NORTHERN DISTRICT OF CALIFORNIA, STANDING ORDER REGARDING CASE MANAGEMENT IN CIVIL CASES & ECF REGISTRATION INFORMATION

SWORN TO ON 10/19/17

DENORRIS ANGELO BRITT
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires May 16, 2018