KEKER, VAN NEST & PETERS LLP
ROBERT A. VAN NEST - #84065
rvannest@keker.com
LEO L. LAM - #181861
llam@keker.com
DANIEL PURCELL - #191424
dpurcell@keker.com
MATTHEW M. WERDEGAR - #200470
mwerdegar@keker.com
MICHAEL S. KWUN - #198945
mkwun@keker.com
RYAN K. WONG - #267189
rwong@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415 391 5400
Facsimile: 415 397 7188

Attorneys for Defendant
ESSENTIAL PRODUCTS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| KEYSSA, INC., <br><br> Plaintiff, <br><br> v. <br><br> ESSENTIAL PRODUCTS, INC., <br><br> Defendant. | Case No. 4:17-cv-05908-HSG <br><br> **ORDER GRANTING DEFENDANT'S ADMINISTRATIVE MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE** |

1         Defendant Essential Products, Inc. ("Essential") filed an Administrative Motion to Continue Initial Case Management Conference on December 15, 2017. The Administrative Motion seeks to continue the Initial Case Management Conference, which is currently scheduled for January 16, 2018, to a date after Essential's pending Motion to Dismiss has been heard or adjudicated by the Court. After carefully reviewing the procedural history of this case, and the filings for the Administrative Motion and the arguments therein, the Court is of the view that it would be more efficient, and would conserve judicial resources, for the Court and the Parties to hold the Initial Case Management Conference after the pending Motion to Dismiss is resolved. The Court HEREBY ORDERS THAT:

        Defendant Essential Products, Inc.'s administrative motion to continue the Initial Case Management Conference is GRANTED. The Initial Case Management Conference, which is currently set for January 16, 2018, is hereby continued to March 1, 2018 at 2:00 p.m.

        **IT IS SO ORDERED**.

Dated: December 27, 2017

HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA