QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
 charlesverhoeven@quinnemanuel.com
David Eiseman (Bar No. 114758)
 davideiseman@quinnemanuel.com
Sam Stake (Bar No. 257916)
 samstake@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:     (415) 875-6600
Facsimile:      (415) 875-6700

Lance Yang (Bar No. 260705)
 lanceyang@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone:     (213) 443 3000
Facsimile:      (213) 443 3100

*Attorneys for Plaintiff Keyssa, Inc.*

KEKER, VAN NEST & PETERS LLP
Robert A. Van Nest (Bar No. 84065)
 rvannest@keker.com
Leo L. Lam (Bar No. 181861)
 llam@keker.com
Daniel Purcell (Bar No. 191424)
 dpurcell@keker.com
Matthew M. Werdegar (Bar No. 200470)
 mwerdegar@keker.com
Ryan K. Wong (Bar No. 267189)
 rwong@keker.com
Christina Lee (Bar No. 314339)
 clee@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     (415) 391-5400
Facsimile:      (415) 397-7188

*Attorneys for Defendant
Essential Products, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| KEYSSA, INC.,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>ESSENTIAL PRODUCTS, INC.,<br><br>　　　　　Defendant. | CASE NO. 4:17-cv-05908-HSG<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING KEYSSA, INC.'S SERVICE OF TRADE SECRET DISCLOSURES AFTER ENTRY OF A PROTECTIVE ORDER**<br><br>**Jury Trial Demanded** |

Pursuant to Civil Local Rules 6-2, Plaintiff Keyssa, Inc. ("Keyssa") and Defendant Essential Products, Inc. ("Essential") (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

**WHEREAS**, pursuant to the Court's February 5, 2019 Amended Scheduling Order (Dkt. No. 46), Keyssa is required to serve its Trade Secret Disclosures no later than March 8, 2019;

**WHEREAS** the parties have yet to reach final agreement on the scope of a proposed Protective Order in this matter, and therefore no Protective Order has yet been entered by this Court;

**WHEREAS** the parties expect to file a stipulated, proposed Protective Order on March 6, 2019;

1  **WHEREAS** good cause exists for Keyssa to refrain from serving its Trade Secret Disclosures
2  until after the entry of a Protective Order because, by necessity, Keyssa's Trade Secret Disclosures
3  will contain Keyssa's confidential, trade secret information, Keyssa would be harmed by unrestricted
4  disclosure of its confidential trade secret information, and such an Order shall govern the process for
5  serving and handling confidential information in this case;

6  **WHEREAS** this Stipulation is accompanied by the concurrently-filed Declaration of Sam
7  Stake in Support of the Joint Stipulation and [Proposed] Order Regarding Keyssa, Inc.'s Service of
8  Trade Secret Disclosures After Entry of a Protective Order;

9  **NOW, THEREFORE, THE PARTIES HEREBY AGREE AND STIPULATE THAT** the
10 March 8, 2019 deadline for Keyssa to serve its Trade Secret Disclosures pursuant to California Code
11 Civ. Proc. § 2019.210 be vacated.  Keyssa shall not serve its Trade Secret Disclosures upon Essential
12 until such time that the Court enters a Protective Order governing the service and handling of
13 confidential information in this matter.  Keyssa shall serve its Trade Secret Disclosures upon Essential
14 immediately upon entry of such a Protective Order, and in no event later than within one (1) day
15 following the entry of such an order.

16 **IT IS SO STIPULATED.**

18 *\* \* \* Signatures on following page. \* \* \**

Dated: March 6, 2019					Respectfully submitted,

									QUINN EMANUEL URQUHART & SULLIVAN, LLP


									By: */s/ Daid Eiseman*
										David Eiseman
										Charlie K. Verhoeven
										Sam Stake

										QUINN EMANUEL URQUHART & SULLIVAN, LLP
										50 California Street, 22nd Floor
										San Francisco, California 94111
										(415) 875-6600
										(415) 875-6700 (facsimile)

										Lance Yang
										865 S. Figueroa St., 10th Floor
										Los Angeles, California 90017
										(213) 443 3000
										(213) 443 3100 (facsimile)

										*Attorneys for Plaintiff Keyssa, Inc.*

Dated: March 6, 2019					Respectfully submitted,

									KEKER, VAN NEST & PETERS LLP


									By: */s/ Ryan K. Wong*
										Robert A. Van Nest
										Leo L. Lam
										Daniel Purcell
										Matthew M. Werdegar
										Ryan K. Wong
										Christina Lee

										KEKER, VAN NEST & PETERS LLP
										633 Battery Street
										San Francisco, CA 94111-1809
										Telephone:    (415) 391-5400
										Facsimile:     (415) 397-7188

										*Attorneys for Defendant Essential Products, Inc.*

## ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: March 6, 2019

*/s/ David Eiseman*
David Eiseman

**PURSUANT TO STIPULATION, IT IS HEREBY ORDERED** the March 8, 2019 deadline for Keyssa to serve its Trade Secrets Disclosures pursuant to California Code Civ. Proc. § 2019.210 is hereby vacated.  Keyssa shall not serve its Trade Secret Disclosures upon Essential until such time that the Court enters a Protective Order governing the service and handling of confidential information in this matter.  Keyssa shall serve its Trade Secret Disclosures upon Essential immediately upon entry of such a Protective Order, and in no event later than within one (1) day following the entry of such an order.

Dated: _____, 2019

HAYWOOD S. GILLIAM, JR.
United States District Judge