| | |
|---|---|
| QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>Charles K. Verhoeven (Bar No. 170151)<br>　charlesverhoeven@quinnemanuel.com<br>David Eiseman (Bar No. 114758)<br>　davideiseman@quinnemanuel.com<br>Sam Stake (Bar No. 257916)<br>　samstake@quinnemanuel.com<br>50 California Street, 22nd Floor<br>San Francisco, California 94111-4788<br>Telephone:　(415) 875-6600<br>Facsimile:　(415) 875-6700<br><br>Lance Yang (Bar No. 260705)<br>　lanceyang@quinnemanuel.com<br>865 S. Figueroa St., 10th Floor<br>Los Angeles, California 90017<br>Telephone:　(213) 443 3000<br>Facsimile:　(213) 443 3100<br><br>*Attorneys for Plaintiff Keyssa, Inc.* | KEKER, VAN NEST & PETERS LLP<br>Robert A. Van Nest (Bar No. 84065)<br>　rvannest@keker.com<br>Leo L. Lam (Bar No. 181861)<br>　llam@keker.com<br>Daniel Purcell (Bar No. 191424)<br>　dpurcell@keker.com<br>Matthew M. Werdegar (Bar No. 200470)<br>　mwerdegar@keker.com<br>Ryan K. Wong (Bar No. 267189)<br>　rwong@keker.com<br>Christina Lee (Bar No. 314339)<br>　clee@keker.com<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:　(415) 391-5400<br>Facsimile:　(415) 397-7188<br><br>*Attorneys for Defendant<br>Essential Products, Inc.* |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| KEYSSA, INC.,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>ESSENTIAL PRODUCTS, INC.,<br><br>　　　　Defendant. | CASE NO. 4:17-cv-05908-HSG<br><br>**JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Judge:　　Hon. Haywood S. Gilliam, Jr.<br><br>Date Filed:　October 16, 2017<br><br>Trial Date:　April 20, 2020<br><br>**Jury Trial Demanded** |

　　　Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff and Counterclaim-Defendant Keyssa, Inc. and Defendant and Counterclaim-Plaintiff Essential Products, Inc. hereby stipulate to the dismissal with prejudice of this action, including all claims and counterclaims stated herein, with each party to bear its own attorney's fees and costs.

| | |
|---|---|
| Dated: May 10, 2019 | Respectfully submitted, |
| | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| | By: */s/ David Eiseman*<br>David Eiseman<br>Charles K. Verhoeven<br>Sam Stake |
| | QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>50 California Street, 22nd Floor<br>San Francisco, California 94111<br>(415) 875-6600<br>(415) 875-6700 (facsimile) |
| | Lance Yang<br>865 S. Figueroa St., 10th Floor<br>Los Angeles, California 90017<br>(213) 443 3000<br>(213) 443 3100 (facsimile) |
| | *Attorneys for Plaintiff Keyssa, Inc.* |
| Dated: May 10, 2019 | Respectfully submitted, |
| | KEKER, VAN NEST & PETERS LLP |
| | By: */s/ Daniel Purcell*<br>Robert A. Van Nest<br>Leo L. Lam<br>Daniel Purcell<br>Matthew M. Werdegar<br>Ryan K. Wong<br>Christina Lee |
| | KEKER, VAN NEST & PETERS LLP<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone: (415) 391-5400<br>Facsimile: (415) 397-7188 |
| | *Attorneys for Defendant Essential Products, Inc.* |

# ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: May 10, 2019

*/s/ David Eiseman*
David Eiseman

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: May 13, 2019

　　　　　　　　　　　　　　　　　　／s／ Haywood S. Gilliam, Jr.
Hon. Haywood S. Gilliam, Jr.
United States District Judge